# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THOMAS BOTTONE,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC.,

    Defendant.

**311CV 0253 (SRU)**

Case No. 3:11CV253 (SRU)

February 14, 2011

## NOTICE OF REMOVAL

Defendant, Nationwide Credit, Inc. ("NCI"), files this Notice of Removal of this action from the State of Connecticut Superior Court, Judicial District of Windham at Putnam, wherein it is not yet pending but to which Court the action is returnable on March 22, 2011, to the United States District Court for the District of Connecticut. As grounds for the removal of this action, NCI states as follows:

### I. INTRODUCTION

1. This action was commenced against NCI in the State of Connecticut Superior Court, Judicial District of Windham at Putnam, Connecticut, by Complaint dated January 18, 2011 and returnable on March 22, 2011. As of this date, the case has not yet been returned to the State Court and no docket number has been assigned to this action in the State Court. On January 20, 2011, service of the Summons and Complaint

was made upon the Resident Agent of NCI in Connecticut. A true and correct copy of all process, pleadings and orders served upon NCI are attached as "Exhibit A".

2. Removal of this case is timely as this notice is filed within thirty (30) days after service of the Summons and the Complaint on NCI. See 28 U.S.C. §1446(b).

## II. JURISDICTION

3. This is a civil action over which this Court has original jurisdiction pursuant to 28 U. S. C. §1331 (federal question jurisdiction).

4. NCI denies each and every substantive allegation made by the Plaintiff. However, because Plaintiff purports to assert claims arising out of the laws of the United States, this Court possesses jurisdiction over this matter pursuant to 28 U.S. C. §1331.1.

## III. FEDERAL QUESTION JURISDICTION

5. Plaintiff's Complaint purports to allege a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq and Connecticut General Statutes §36a-800 et seq, §36a-645 et seq and §42-110a (the "Connecticut Statutes"). Plaintiff states in the Complaint that Plaintiff seeks relief under the FDCPA, 15 U.S.C. §1692 et seq. and the Connecticut Statutes and alleges in the Complaint that NCI violated the FDCPA and the Connecticut Statutes. (Exhibit A, pages 1-5, Complaint.).

6. To the extent Plaintiff attempts to state a claim under the FDCPA, this Court has jurisdiction under 28 U.S. C. §1331 (federal question jurisdiction). It is well recognized that actions filed in state courts that purport to state claims under the FDCPA

2

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

may be removed from state court to federal court. See, *Philbin v. Trans Union Corp.*, 101 F.3d 957 (3rd Cir. 1996); *Gray v. American Express Company*, 743 F.2d 10 (D.C. Cir. 1984). NCI denies Plaintiff can state a claim under the FDCPA.

### IV.   CONCLUSION

7. A true and correct copy of this Notice of Removal has been filed with the State of Connecticut Superior Court, Judicial District of Windham at Putnam, and served upon all counsel of record.

8. NCI respectfully requests the opportunity to brief and argue before this Court any issues or questions concerning the removal of this case in the event remand is sought by Plaintiff or otherwise visited by this Court.

Wherefore, Defendant, Nationwide Credit, Inc. requests that the above referenced case now pending in State of Connecticut Superior Court, Judicial District of Windham at Putnam be removed to the United States District Court for the District of Connecticut.

Dated: February 14, 2011

Respectfully submitted,

O'CONNELL, FLAHERTY &
ATTMORE, L.L.C.

By: _____
Attorney Claudia M. Sklar  (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT  06103
Phone:  (860) 548-1300
Fax:     (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

3

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2011, I served via USPS, first class mail, postage prepaid, a copy of the foregoing Notice of Removal by Nationwide Credit, Inc. with attachments to:

Attorney Theresa Rose DeGray
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
*Attorney for Plaintiff*

By: _____
Attorney Claudia M. Sklar  (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT 06103
Phone: (860) 548-1300
Fax:    (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

4

# **EXHIBIT A**

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023



**Service of Process Transmittal**
01/20/2011
CT Log Number 517909075

TO: Chomie Neil
OCWEN FINANCIAL CORPORATION
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

RE: **Process Served in Connecticut**

FOR: Nationwide Credit, Inc. (Domestic State: GA)

RECEIVED BY
OCWEN LAW DEPARTMENT
JAN 24 2011

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Thomas Bottone, Pltf. vs. Nationwide Credit, Inc., Dft. |
| DOCUMENT(S) SERVED: | Letter, Summons, Complaint, Claims, Statement, Exhibits |
| COURT/AGENCY: | Windham Superior Court Judicial District, CT<br>Case # None Specified |
| NATURE OF ACTION: | Monies Due and Owing - Violation of Fair Debt Collection Practices |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Hartford, CT |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/20/2011 at 12:45 |
| APPEARANCE OR ANSWER DUE: | 03/22/2011 - Summons // On or before the second day after the Return Date - File an Appearance form |
| ATTORNEY(S) / SENDER(S): | Theresa Rose DeGray<br>Consumer legal Services, LLC<br>PO Box 474<br>Guilford, CT 06437<br>203-458-8200 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790732832385<br>Image SOP<br>Email Notification, lit- intake lit-intake@ocwen.com<br>Email Notification, Chomie Neil Chomie.neil@ocwen.com |
| SIGNED: | C T Corporation System |
| PER: | Gary Scappini |
| ADDRESS: | One Corporate Center<br>Floor 11<br>Hartford, CT 06103-3220 |
| TELEPHONE: | 860-724-9044 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


# CONSUMER LEGAL SERVICES, LLC

SENT VIA FAX: 770-612-7399

January 18, 2011

Nationwide Credit, Inc.
2015 Vaughn Road NW, STE 400
Kennesaw, GA 30144

    Re:    Bottone v. Nationwide Credit, Inc.

Dear Sir or Madam:

    Please be advised that this law firm represents Thomas Bottone. We believe your company has violated several sections of the Connecticut General Statutes and/or the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., with regard to your attempt to collect an alleged debt with American Express, account number ID number ▮▮▮▮▮9826.

    Enclosed herewith please find a courtesy copy of the Writ, Summons, and Complaint which has not yet been filed with the Court.

    Please be further advised that if this matter should proceed through the legal process, our client would have the right to bring a lawsuit in State or Federal Court. Your company may then be required to pay attorney's fees, statutory and/or actual damages.

    If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and continue to pursue legal recourse accordingly.

                        Sincerely,
                        CONSUMER LEGAL SERVICES, LLC

                        THERESA ROSE DEGRAY
                        Attorney at Law

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

---

**Theresa Rose DeGray**
Attorney at Law
Admitted in CT and MA

PO Box 474 • GUILFORD, CONNECTICUT 06437

PHONE (203) 458-8200 • FAX (203) 738-1062 • E-MAIL:
TRD@ConsumerLegalServicesLLC.com

SUMMONS - CIVIL  Case 3:11-cv-00253-SRU  STATE OF CONNECTICUT  Document 1  Filed 02/15/11   Page 8 of 18
JD-CV-1 Rev. 10-09  
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,  
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**SUPERIOR COURT**  
www.jud.ct.gov

See page 2 for instructions

| | | |
|---|---|---|
| ☐ | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street  Putnam, 06260 | 860-928-7749 | 03 / 22 / 2011 |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District | G.A. | Putnam | Major: **M**   Minor: **90** |
| ☐ Housing Session | Number: | | |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, P.O. Box 474, Guilford, 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| 203-458-8200 | |

| Number of Plaintiffs: **1** | Number of Defendants: **1** | Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: **Thomas Bottone**  Address: **11 Shields Road; Woodstock; CT; 06281** | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: **Nationwide Credit, Inc.; 2015 Vaughn Road NW, STE 400; Kennesaw GA; 30144**  Address: | D-50 |
| Additional Defendant | Name:  Address: | D-51 |
| Additional Defendant | Name:  Address: | D-52 |
| Additional Defendant | Name:  Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left  **Theresa Rose Nickols DeGray** | Date signed  **1-18-11** |
|---|---|---|---|

If this Summons is signed by a Clerk:
c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250  
**Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610**

ATTEST:  
A TRUE COPY  
JOSEPH MUSUMECI  
CONNECTICUT MARSHAL  
HARTFORD COUNTY

| Signed (Official taking recognizance, "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date  **1-18-11** | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: MARCH 22, 2011 | : SUPERIOR COURT |
| BOTTONE, THOMAS | : J. D. OF WINDHAM |
| V. | : AT PUTNAM |
| NATIONWIDE CREDIT, INC. | : JANUARY 18, 2011 |

## COMPLAINT

**COUNT ONE**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§ 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and §42-110a (3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing at 11 Shields Road, Woodstock, CT 06281.

4. The Defendant has a business address of 2015 Vaughn Road NW, STE 400, Kennesaw, Georgia, 30144, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a(3)).

5. The Plaintiff received a dunning letter from the Defendant dated January 16, 2010; a copy of which is attached as Exhibit A.

6. On January 25, 2010, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a

    copy of which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

7. Pursuant to statutory law, the Defendant should then have ceased all collection activities related to the alleged debt until such time as the Defendant provided to the Plaintiff all of the requested information outlined in Exhibit B.

8. However, on February 25, 2010 at 3:20 p.m. the Plaintiff received a call from the Defendant and/or the Defendant's agent who identified himself as "Sujeet" for the purpose of attempting to collect an alleged debt owed by the Plaintiff to American Express and stated that his phone number was 1-866-479-7925, ext. 2057.

9. Furthermore, the Plaintiff received a second dunning letter from the Defendant dated March 12, 2010 for the purpose of attempting to collect the same alleged debt; a copy of which is attached hereto as Exhibit C.

10. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act

## COUNT TWO

11. Paragraphs 1-10 of Count One are incorporated into Count Two as though stated in full.

12. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

13. By act the Defendant violated the Connecticut Unfair Trade Practices Act (C.G.S. §§ 42-110a-42-110j) in its attempt to collect the alleged underlying debt.

14. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § §42-110 et seq.), residing in Woodstock, Connecticut.

15. The Defendant is a "person" as defined by C.G.S. §42-110 et seq.

16. As a result of the conduct of the Defendant alleged in Paragraphs Eight (8) and Nine (9) of this Count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in attempting to dispute the alleged debt.

17. The conduct of the Defendant alleged in Paragraphs Eight (8) and Nine (9) of this Count constituted an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its actions or omissions were without reasonable justification or excuse.

18. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in Paragraphs Eight (8) and Nine (9) of this Count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

19. The Defendant's act averred in Paragraphs Eight (8) and Nine (9) of this Count was unfair, deceptive and/or unconscionable.

20. Any and all of the Defendant's acts, or omissions to act, averred in this Count are harassing, oppressive, unfair, deceptive and/or unconscionable.

21. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Connecticut Unfair Trade Practices Act.

## COUNT THREE

22. Paragraphs 1-21 of Count Two are incorporated into Count Three as though stated in full.

23. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

                               THE PLAINTIFF
                               Thomas Bottone

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: MARCH 22, 2011 | : | SUPERIOR COURT |
| BOTTONE, THOMAS | : | J. D. OF WINDHAM |
| V. | : | AT PUTNAM |
| NATIONWIDE CREDIT, INC. | : | JANUARY 18, 2011 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                                          THE PLAINTIFF
                                          Thomas Bottone

By: _____
                    THERESA ROSE DEGRAY
                      Consumer Legal Services, LLC
                      PO Box 474
                      Guilford, CT 06437
                      Tel: 203-458-8200
                      Fax: 203-738-1062
                      Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY



# NATIONWIDE CREDIT, INC.
2015 VAUGHN RD NW, STE 400, KENNESAW GA 30144-7802
1-866-479-7925

01/16/2010

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, ████████ 1008
BAL: $10,703.90

An opportunity to put your debt behind you
Call 1-866-479-7925

Since your outstanding balance with the above noted American Express account is past due, American Express referred it to our company. At NATIONWIDE CREDIT, INC., we know you want to put this debt behind you, so we ask that you remit payment in full of any undisputed amount, payable to American Express, in the enclosed envelope. American Express authorized us to offer a range of payment options they created to assist you in the event you are unable to remit payment in full of any undisputed amount. Please call us toll free at 1-866-479-7925 so that we can help you take advantage of these options and work with you to create a workable solution.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

PLEASE SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

**PERSONAL AND CONFIDENTIAL**
PO BOX 26314
LEHIGH VALLEY PA 18002-6314

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW
023/A01A/A01/01/16/2010

████████9826*
THOMAS BUTTONE
11 SHIELDS RD
WOODSTOCK CT 06281-2821

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02138801D |
|---|---|
| ID NUMBER: | ████████9826 |
| ACCOUNT NO: | ████████1008 |
| BALANCE DUE: | $10,703.90 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 26314
LEHIGH VALLEY PA 18002-6314



EXHIBIT A

1/16

**Thomas J. Bottone**
11 Shields Rd.
Woodstock, Ct 06281

FAXED

January 22, 2010

To: NCI
Alleged Acct. # ending in -1008
Alleged Creditor: American Express

Dear Sir or Madam:

I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Copies of all signed receipts
3) A breakdown of all the debt.

Upon receipt of the above I will review the information and advise.

Thank you for your attention to this matter.

Sincerely,

*Thomas J. Bottone*

EXHIBIT
B
1 of 2

# HP Color LaserJet 2840

Jan-25-2010  11:20AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 1197 | 1/25/2010 | 11:19:21AM | Send | *6717706127399 | 0:54 | 1 | OK |

Thomas J. Bottone
11 Shields Rd.
Woodstock, Ct 06281

January 22, 2010

To: NCI
Alleged Acct. # ending in -1008
Alleged Creditor: American Express

Dear Sir or Madam:

I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Copies of all signed receipts
3) A breakdown of all the debt

Upon receipt of the above I will review the information and advise.

Thank you for your attention to this matter.

Sincerely,

*Thomas J. Bottone*



EXHIBIT B
2 of 2

# NATIONWIDE CREDIT, INC.
2015 VAUGHN RD NW, BLD 400, KENNESAW GA 30144-7801
1-877-779-3475

03/12/2010

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC. ████████1008
BAL: $10,703.90

## A NEW WAY TO RESOLVE YOUR DEBT!

Thomas Bottone,

Start your New Year by resolving your AMERICAN EXP TRAVEL RELATED SERV CO INC account. (Account number: ████████1008.)

Use your expected tax refund to settle this account at a discount on the total balance due of $10,703.90. At Nationwide Credit, Inc. we recognize the effects of the current economic situation, so we have expanded our account settlement options. So far, we have been able to settle thousands of accounts at a discounted rate, assisting many consumers in situations similar to yours.

Our representatives are available to work out a customized solution that makes sense for you and your budget. Even if you have not yet filed your taxes or received your refund, you can call today and lock in this special savings. Call us now at 1-877-779-3475 to confirm your payment options.

We look forward to discussing your situation and helping you start the New Year on a positive note.

The total account balance as of the date of this letter is shown above. Your account balance may increase because of interest or other charges, if so provided in your agreement with your creditor.

---

**PERSONAL AND CONFIDENTIAL**
PO BOX 26314
LEHIGH VALLEY PA 18002-6314



FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/SPC03/648/03/12/2010

████9826*
THOMAS BOTTONE
11 SHIELDS RD
WOODSTOCK CT 06281-2821

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02138801D |
|---|---|
| ID NUMBER: | ████9826 |
| ACCOUNT NO: | ████1008 |
| BALANCE DUE: | $10,703.90 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 26314
LEHIGH VALLEY PA 18002-6314



EXHIBIT C

FROM: Angela Guay (860)724-9044
Hartford Fulfillment Team 1
One Corporate Center
Floor 11
Hartford, CT 06103

TO: **Chomie Neil (561)682-8371**
**OCWEN FINANCIAL CORPORATION**
**1661 Worthington Road**
**Suite 100**
**West Palm Beach, FL 33409**
Ref: SOP/0405910/517909075/Angela Guay



FedEx Revenue Barcode

CAD#: 8279597
SHIP DATE: 20JAN11
WEIGHT: 1 LB

DELIVERY ADDRESS (FedEx-EDR)

\*\* 2DAY \*\*

TRK # 7907 3283 2385   FORM 0201

33409  -FL-US

PBI



**SH PBIA**

MON
A2
Deliver by:
24JAN11

CLS10201C060