UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS BOTTONE

    v.                                                3:11CV253 (SRU)

NATIONWIDE CREDIT, INC.

## **JUDGMENT**

On April 28, 2011, the Court sent a Notice to counsel that the above-named case would be dismissed if the 26f Report of Parties Planning Meeting was not filed by May 23, 2011.  The parties have not complied with the notice of April 28, 2011, and no request for an extension of time has been filed.

It is therefore ORDERED and ADJUDGED that the complaint is dismissed without prejudice.

Dated at Bridgeport, Connecticut, this 1st day of June 2011.

                                                                  ROBERTA D. TABORA, Clerk

                                                           BY    /s/ Barbara Sbalbi
                                                                        Deputy Clerk